Form 210A (12/09)

# United States Bankruptcy Court

## NORTHERN DISTRICT OF CALIFORNIA AT SAN JOSE

In re MOHAN MENON                          Case No. **09-56506**
    ELIZABETH RENEE MENON

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a).
Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice.


CR Evergreen, LLC                              FIA Card Services NA aka Bank of America
Name of Transferee                             Name of Transferor

Name and Address where notices to transferee   Court Claim # (if known): 9
should be sent:                                 Amount of Claim: $27,146.08
    CR Evergreen, LLC                  Date Claim Filed: 12/10/2009
    MS 550
    PO Box 91121
    Seattle, WA 98111-9221
Phone: 1-866-670-2361                           Phone: (866)670-2361
Last Four Digits of Acct #: 1450               Last Four Digits of Acct #: 1450


Name and Address where transferee payments
should be sent (if different from above):


Phone: _____
Last Four Digits of Acct#:_____


I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By: /s/ LINH  K.  TRAN_____              Date: 2/8/2010
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.